IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIRO M. GARZA, | ) | 1:06-cv-00941-AWI-TAG-HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING APPLICATION |
| | ) | TO PROCEED IN FORMA PAUPERIS |
| vs. | ) | (Doc. 5) |
| | ) | |
| ON HABEAS CORPUS, | ) | ORDER TO SUBMIT NEW |
| | ) | APPLICATION TO PROCEED IN |
| Respondent. | ) | FORMA PAUPERIS AND CERTIFIED |
| | ) | COPY OF TRUST ACCOUNT |
| | ) | STATEMENT **OR** PAY FILING FEE |
| _____ | ) | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Court Doc. 1). Petitioner has also filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Court Doc. 5). However, petitioner's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $5.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis (Court Doc. 5) is denied without prejudice, as incomplete.

///

1        2. The Clerk's Office shall send to petitioner an additional copy of the form for
2  application to proceed in forma pauperis.
3        3. Within thirty (30) days of the date of service of this order, petitioner shall submit
4  a properly completed application to proceed in forma pauperis and a certified copy of his prison trust
5  account statement for the six month period immediately preceding the filing of the petition, or in the
6  alternative, pay the $5.00 filing fee for this action.
7     Failure to comply with this order will result in a recommendation that this action be
8  dismissed.

10 IT IS SO ORDERED.

11 Dated:   **October 3, 2006**　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
   **j6eb3d**　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE